# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Jeffrey M. Gardner

Alias Name:

Birth Date: 00/00

**Related Case Information**

Superseding Indictment? ☒ Yes ☐ No    If yes, original case number: 14-CR-3106-26-S-MDH
New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Randall D. Eggert

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes ☒ No
**Warrant Required?** ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts    3 + FA #1

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841A=CD.M CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | 5, 6 |
| 3 | 21:853.F CRIMINAL FORFEITURES | Forf Alleg #1 |
| 4 | | |

(May be continued on reverse)