## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

### MINUTE SHEET

**UNITED STATES OF AMERICA**            Date: September 28, 2016

vs.                                     Case No.   14-3106-26-CR-S-MDH

**JEFFREY M. GARDNER**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 2:41 p.m.**           **Time Terminated: 3:28 p.m.**

### APPEARANCES

**Plaintiff: Randy Eggert, AUSA**            **Defendant:   Jason Johnson**

**Proceedings:** Parties appear as indicated, dft in person.   Dft's objection to the PSI is overruled.   Dft accorded allocution.   SENTENCE:   Dft is committed to the BOP for 180 months on Count 1 of the Second Superseding Indictment to run concurrent with his undischarged terms of imprisonment in Greene County, Missouri, Circuit Court, Case Nos. 31303CM5811 and 0931-06100-01; followed by 5 years supervised release.   No fine.   $100 MPA.   Preliminary order of forfeiture is finalized and imposed. Special conditions of supervised release imposed.   Court recommends 500-hr substance abuse treatment program, UNICOR program and that the dft be designated to Greenville, IL.   Dft advised of right to appeal.   Upon oral mtn by Gov't Counts 5 and 6 of the Second Superseding Indictment are dismissed.   Dft remanded to custody.


**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER:   Jeannine Rankin**
**USPPTS:   Melissa Potter**